## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| TERRY J. MORGAN, )<br>)<br>Petitioner, )<br>v. )<br>)<br>SUPERINTENDENT, Miami Correctional )<br>Facility, )<br>Respondent. ) | No. 1:08-cv-772-SEB-DML |

## J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

Date: 02/09/2009

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Terry J. Morgan
DOC #862120
Miami Correctional Facility
P.O. Box 900
Bunker Hill, IN   46914

Kelly Miklos
INDIANA ATTORNEY GENERAL
kelly.miklos@atg.in.gov